IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-46-2H

UNITED STATES OF AMERICA,       )
                                )
                                )
                                )
        v.                      )
                                )                    **ORDER**
                                )
JAMES ORR,                      )
                                )
        Defendant.              )
                                )


This matter is before the court on defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), [DE #303]. The court has carefully reviewed this matter and finds that defendant's motion relies on an Amendment to the Sentencing Guidelines that was enacted well before he was sentenced and would not afford relief to defendant for the crime of which he was convicted. Therefore, the motion, [DE #303], is DENIED.

This 11th day of August 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35